UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY J. GOLDEN,<br><br>                    Plaintiff,<br><br>         v.<br><br>VERIZON,<br><br>                    Defendant. | No. 22-CV-5757 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff Timothy J. Golden, proceeding *pro* se and *in forma pauperis*, initiated this action on July 6, 2022, alleging violations of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. §§ 12112-12117, and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297.

On July 25, 2022, the Court directed service on Defendant through the U.S. Marshals Service and extended the time for Plaintiff to serve Defendant with the Complaint until 90 after the date that the summons was issued. The Court also directed Plaintiff to request an extension of time for service, if the Complaint was not served on Defendants within that time. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is plaintiff's responsibility to request an extension of time for service).

No proof of service has yet been filed on the docket. Plaintiff is reminded that he must do so by October 26, 2022 or otherwise update the Court on the status of the case.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   September 15, 2022
         New York, New York

_____
Hon. Ronnie Abrams