UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY J. GOLDEN,

                        Plaintiff,                **AMENDED ORDER OF SERVICE**

        -against-                              **22-CV-5757 (RA) (JW)**

VERIZON,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to this Court on October 31, 2022 for General Pretrial. Dkt. No. 14. It is the Court's understanding that there has been difficulty with service in this matter. The Court therefore directs service upon Defendant at 140 West Street, New York, NY 10007.

      The Court also notes that there is a legal clinic in this District available to assist *pro se* parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except when the Court is closed. The Clinic can be contacted at (212) 659-6190.

SO ORDERED.

DATED:    New York, New York
               December 7, 2022

                                                      *Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                     United States Magistrate Judge