UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY GOLDEN,

               Plaintiff,

      v.

VERIZON,

               Defendant.

No. 22-cv-5757 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 9, 2023, Defendant moved to dismiss the Complaint in this action. On July 19, 2023, Defendant moved to stay discovery pending a decision on its motion to dismiss. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, as well as prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court and all conferences are adjourned *sine die*.

Furthermore, pursuant to Local Civil Rule 6.1(b), Plaintiff's response to Defendant's motion to dismiss was due on June 23, 2023. No later than August 18, 2023, Plaintiff shall file his response to the motion to dismiss, if any. If he fails to do so, the Court will consider the motion unopposed.

SO ORDERED.

Dated:    July 28, 2023
            New York, New York

                                               Hon. Ronnie Abrams
                                               United States District Judge