UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY J. GOLDEN,

                Plaintiff,

      v.

VERIZON NEW YORK INC.,

                Defendant.

No. 22-CV-5757 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the conference currently scheduled for April 26, 2024, at 2:30 p.m. is hereby rescheduled to **April 26, 2024 at 1:00 p.m**. The conference will take place in Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, in Courtroom 318.  If the date or time is inconvenient for either party, they shall promptly notify the Court.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Golden.

SO ORDERED.

Dated:    April 23, 2024
            New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge