UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY J. GOLDEN,<br><br>                    Plaintiff,<br><br>           v.<br><br>VERIZON NEW YORK INC.,<br><br>                    Defendant. | No. 22-CV-5757 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      A conference is scheduled in this matter for June 21, 2024 at 11:30 a.m.  *See* Dkt. No. 53. The Court is in receipt of a letter from Plaintiff Timothy J. Golden, requesting that it take place via video conference.  *See* Dkt. No. 54.  Accordingly, the conference will take place via Microsoft Teams. (Dial-in Number: +1 646-453-4442; Conference ID: 89357013#).  The Court will also provide a Microsoft Teams video link to the parties before the conference begins.

SO ORDERED.

Dated:    June 20, 2024
           New York, New York

                                                  Hon. Ronnie Abrams
                                                United States District Judge