UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY J. GOLDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIZON NEW YORK INC.,<br><br>        Defendant. | No. 22-CV-5757 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As discussed at today's status conference, Verizon shall obtain a transcript of today's proceeding and provide it to Mr. Golden. No later than July 8, 2024, Verizon shall also submit a letter to the Court, stating whether it is amenable to participating in a settlement conference before Magistrate Judge Willis. Further, no later than July 8, 2024, Mr. Golden shall also submit a letter to the Court, stating his preferred next steps, including whether he seeks to file a motion to amend his complaint, or wishes to participate in a settlement conference before making that decision.

SO ORDERED.

Dated: June 21, 2024
     New York, New York

                       _____
                          Hon. Ronnie Abrams
                          United States District Judge