UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY J. GOLDEN,

                Plaintiff,

v.

VERIZON NEW YORK INC.,

                Defendant.

No. 22-CV-5757 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court looks forward to hearing from the parties, no later than July 8, 2024, as to whether Verizon is amenable to participating in a settlement conference before Magistrate Judge Willis, and as to whether Mr. Golden seeks to file a motion to amend his complaint, or wishes to participate in a settlement conference before making that decision. *See* Dkt. No. 56.

       As discussed during last week's conference, Mr. Golden is reminded that, on February 16, 2024, the Court declined to exercise supplemental jurisdiction over his state law claims, which include any possible promissory estoppel and fraudulent inducement claims he may seek to bring. Accordingly, the Court strongly encourages Mr. Golden to reach out to the NYLAG Legal Assistance Clinic (or other legal assistance group or lawyer) to discuss whether it is in his interest to file an action bringing any plausible, non-time-barred claims in state court. The Court recommends that he do so as soon as possible, because any state law claims he may want to file may soon expire, to the extent they have not already done so.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Golden.

SO ORDERED.

Dated:   June 27, 2024
           New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge