UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY J. GOLDEN,

               Plaintiff,

       v.

VERIZON NEW YORK INC.,

               Defendant.

No. 22-CV-5757 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 21, 2024, the Court ordered Verizon to submit a letter, stating whether it is amenable to participating in a settlement conference before Magistrate Judge Willis. The Court is now in receipt of a letter from Verizon, dated July 9, 2024, indicating that it does not wish to participate in a settlement conference at this time.

Accordingly, Mr. Golden shall submit a letter to the Court no later than **August 1, 2024**, stating whether he seeks to amend his complaint as to his federal claims and, if so, explaining why any such amendment would not be futile. Mr. Golden is reminded that, on February 16, 2024, the Court dismissed his federal claims as time-barred because, among other reasons, his 2021 EEOC charge was filed too late—long after his January 26, 2018 retirement. *See Golden v. Verizon New York Inc.*, No. 22-CV-5757 (RA), 2024 WL 664781, at *4 (S.D.N.Y. Feb. 16, 2024).

Mr. Golden is also reminded that the Court declined to exercise supplemental jurisdiction over his state law claims, which include any possible promissory estoppel and fraudulent inducement claims he may seek to bring. The Court again encourages him to reach out to the NYLAG Legal Assistance Clinic (or other legal assistance group or lawyer) to discuss whether it

is instead in his interest to file an action bringing any plausible, non-time-barred claims in state court before the statute of limitations runs out.

SO ORDERED.

Dated:    July 16, 2024
          New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge

2