UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY J. GOLDEN,

                    Plaintiff,

      v.

VERIZON NEW YORK INC.,

                    Defendant.

No. 22-CV-5757 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On February 16, 2024, the Court granted Verizon's motion to dismiss the complaint in this matter. *Golden v. Verizon New York Inc.*, No. 22-CV-5757 (RA), 2024 WL 664781 (S.D.N.Y. Feb. 16, 2024). The Court held that all of Mr. Golden's federal claims were time-barred and declined to exercise supplemental jurisdiction over any state law claims. *Id.* On June 21, 2024, the Court held a telephonic conference to discuss, among other things, whether Mr. Golden sought leave to amend his complaint. The Court then ordered Mr. Golden to submit a letter "stating his preferred next steps, including whether he seeks leave to file a motion to amend his complaint[.]" Dkt. No. 56. Although Mr. Golden submitted a letter requesting to participate in a settlement conference, *see* Dkt. No. 61, Verizon indicated in a separate letter that it did "not wish to participate in a settlement conference … at this time," Dkt. No. 60. Accordingly, on July 16, 2024, the Court again ordered Mr. Golden to submit a letter to the Court no later than August 1, 2024, stating whether he sought to amend his complaint. *See* Dkt. No. 62. To date, no letter has been filed.

      Because the Court previously dismissed the complaint, and Mr. Golden has not sought leave to amend, the Clerk of Court is respectfully directed to close this case and mail a copy of this Order to Mr. Golden. The Court again encourages Mr. Golden to reach out to a lawyer or

2

legal assistance group to discuss whether it is instead in his interest to file an action bringing any plausible, non-time-barred claims in state court before the statute of limitations runs out.

SO ORDERED.

Dated:   August 5, 2024
           New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge